**KELLER · FISHBACK LLP**
Daniel L. Keller (SBN 191738)
Stephen M. Fishback (SBN 191646)
28720 Roadside Drive, Suite 201
Agoura Hills, California 91301
Tel:  818.879.8033
Fax:  818.292.8891
Email: dkeller@kflegal.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ERIC SAPERSTEIN on behalf of himself and a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANTRA FILMS, INC., JOSEPH R. FRANCIS, and DOES 1 through 10,<br><br>Defendants. | Case No. 05-7468 MMM (CTx)<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims against all Defendants in the above entitled

///
///
///
///
///
///

-1-

**ORIGINAL**

Dockets.Justia.com

1  action without prejudice and without costs in favor of or against any party.

2  Dated: January 5, 2006

KELLER · FISHBACK LLP

By: /s/ Daniel L. Keller
Daniel L. Keller (SBN 191738)
28720 Roadside Drive, Suite 201
Agoura Hills, California 91301
Tel:   818.879.8033
Fax:   818.292.8891
Email: dkeller@kflegal.com

SQUITIERI & FEARON, LLP
Stephen J. Fearon, Jr.
Maria J. Ciccia
32 East 57th Street
12th Floor
New York, New York 10022
Tel:   (212) 421-6492
Fax:   (212) 421-6553

Attorneys for Plaintiff

-2-

›

# PROOF OF SERVICE

Case:    Saperstein vs. Mantra Films, Inc., et al
United States Distrct Court Case No.: 05-7468 MMM (CTx)

I am over the age of 18 years and am employed in the County of Los Angeles, State of California. I am employed at KELLER·FISHBACK LLP, a law firm with principals who are members of the Bar of the state of California, and I made the service referred to below at their direction. My business address is 28720 Roadside Drive, Suite 201, Agoura Hills, CA 91301.

On January 6, 2006 , I served a true copy(ies) of:

Notice of Voluntary Dismissal Without Prejudice

the original(s) of which is(are) affixed hereto, to the party(ies) hereinafter mentioned:

[ ]    **FIRST-CLASS MAIL**   by depositing the same for collection and mailing at Agoura Hills, California, on the date herein above set forth in this Certificate, in a sealed envelope(s) with the postage thereon fully prepaid, addressed as shown below.

[ ]    **EXPRESS SHIPMENT/OVERNIGHT COURIER**   marked for next-day delivery and by depositing the same for collection and mailing at Agoura Hills, California, on the date herein above set forth in this Certificate, in a sealed envelope(s) with the postage thereon fully prepaid, addressed as shown below.

[ ]    **FACSIMILE**   by transmitting the same via telecopier to the party(ies) listed below using the facsimile number(s) listed beneath each name as shown below. I caused the machine to print a transmission report of the transmission(s) confirming that the facsimile(s) was(were) sent and received without error.

[X]    **PERSONAL SERVICE**   I personally delivered the document(s) listed above to:

MANATT, PHELPS & PHILLIPS, LLP
Brad W. Seiling
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614

I have prepared the copy(ies) and/or the envelope(s) containing the copy(ies) to be served in accordance with the manner described above by placing the document(s) in the USPS mail collection bin at 28720 Roadside Drive, Agoura Hills, CA, for delivery in accordance with normal practices. I further certify that I am fully familiar with the regular business practices of Keller·Fishback LLP and I know the firm's procedures to be safe and reliable for delivery of said document(s) as described above.

I certify under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed on  January 6, 2006  at Agoura Hills, California.

_____
Rick Kron

1